1064

No. 10–411. WINDSOR v. MAID OF THE MIST CORP. ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–414. JOHNSON v. JOHNSON. Sup. Ct. Utah. Certiorari denied.

No. 10–415. BRYANT ET AL. v. MEDIA RIGHT PRODUCTIONS, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 10–417. LACKEY v. DEPARTMENT OF AGRICULTURE ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–421. DEUTSCHER TENNIS BUND ET AL. v. ATP TOUR, INC., ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–424. BLOME v. MONTANA. C. A. 9th Cir. Certiorari denied.

No. 10–427. MILLER v. MONUMENTAL LIFE INSURANCE CO. C. A. 10th Cir. Certiorari denied.

No. 10–430. WERNER ET AL. v. PEAK ALARM CO., INC., ET AL. Sup. Ct. Utah. Certiorari denied.

No. 10–437. GOODY'S FAMILY CLOTHING, INC., ET AL. v. MOUNTAINEER PROPERTY CO. II, LLC, ET AL. C. A. 3d Cir. Certiorari denied.

No. 10–456. TONEY v. SWIFT TRANSPORTATION CO., INC. C. A. 6th Cir. Certiorari denied.

No. 10–462. MUNICIPALITY OF AGUADA, PUERTO RICO v. ACEVEDO-ORAMA ET AL. C. A. 1st Cir. Certiorari denied.

No. 10–464. TEXAS DISPOSAL SYSTEMS LANDFILL, INC. v. ENVIRONMENTAL PROTECTION AGENCY ET AL. C. A. 5th Cir. Certiorari denied.

No. 10–466. COWELL v. GOOD SAMARITAN COMMUNITY HEALTH CARE ET AL. Ct. App. Wash. Certiorari denied.